No. 39670.—Protests 698968–G, etc., of C. H. Powell Co. (Boston).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) it was held that duty should have been taken on the basis of the actual measurement of the lumber as imported. The protests were accordingly sustained.

Before the Second Division, October 20, 1938

No. 39671.—Protests 937193–G, etc., of Eugene Dietzgen Co. Inc. (New York).

Opinion by Kincheloe, J. On the authority of *Perseverance Import Corp.* v. *United States* (T. D. 49290) the protests were sustained.

No. 39672.—Protests 950167–G, etc., of New York Merchandise Co., Inc. (New York).

Opinion by Dallinger, J. It was stipulated that the merchandise consists of photo frames and bookends chiefly used in the household. As they are plated with silver they were held dutiable at 50 percent under paragraph 339 as claimed.

No. 39673.—Protests 764980–G, etc., of Baron & Arnof, Inc., et al. (New York).

Opinion by Dallinger, J. It was stipulated that the merchandise consists of calendars, inkstands, and bookends chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Woolworth* v. *United States* (T. D. 47857) cited.

No. 39674.—Protests 243934–G, etc., of I. W. Rice & Co. (New York).

Opinion by Dallinger, J. It was stipulated that the merchandise consists of atomizers, atomizer sets comprising two atomizers, boxes, trays, dropper bottles, and flasks chiefly used in the household for utilitarian purposes or hollow ware. The claim at 40 percent under paragraph 339 was sustained.

No. 39675.—Protests 606078–G, etc., of Henry Freund & Bro. et al. (New York).

Opinion by Dallinger, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.